PROB 12C

AUSA
USMS

# United States District Court
## for the District of Utah

## Petition and Order for Warrant for Offender Under Supervision

Name of Offender: **George Edward Clark**    Docket Number: **2:10-CR-00601-001-DAK**

Name of Sentencing Judicial Officer:   **Honorable Dale A. Kimball**
**Senior U.S. District Judge**

Date of Original Sentence: **October 20, 2011**

Original Offense: **Possession of MDMA with Intent to Distribute**
Original Sentence: **15 Months Bureau of Prisons**

Type of Supervision: **24 Months Supervised Release**    Supervision Began: **January 22, 2013**

## PETITIONING THE COURT

[ X ]   To issue a warrant to be placed as a    Whereabouts unknown Denver, Colorado
        detainer and toll the supervision term

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:**   On February 26, 2013, the defendant was unaccountable from the Residential Reentry Center (RRC) in Denver, Colorado, for six hours and admitted to staff he had used heroin during that time.

Evidence in support of this allegation is a documented telephone conversation and Email with the probation officer.

**Allegation No. 2:**   On February 27, 2013, the defendant failed to reside at the Residential Reentry Center (RRC) and his whereabouts are unknown.

Evidence in support of this allegation is a documented telephone conversation and email from the probation officer.

I declare under penalty of perjury that the foregoing is true and correct

Meggen Van Sciver, U.S. Probation Officer
Date: February 27, 2013

PROB 12C

George Edward Clark
2:10-CR-00601-001-DAK

## THE COURT ORDERS:

[X] The issuance of a warrant to be placed as a detainer and tolling of the supervision term

[ ] No action

[ ] Other

_____
Honorable Dale A. Kimball
Senior U.S. District Judge

Date: February 27, 2013