AO 442

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**George Edward Clark et al**

## WARRANT FOR ARREST

**CASE NUMBER: 2:10-cr-00601-001-DAK**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **GEORGE EDWARD CLARK**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [X] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Supervised Release**

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

February 27, 2013 at Salt Lake City, Utah
Date and Location

By: Becky Strauch
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |