Case No. 1:13-cr-00109-MSK   Document 4   filed 03/29/13   USDC Colorado   pg 1 of 14
Case 2:10-cr-00601-DAK   Document 93   Filed 03/29/13   Page 1 of 1
Case 1:13-cr-00109-MSK   Document 1   Filed 03/22/13   USDC Colorado   Page 1 of 6

FILED
U.S. DISTRICT COURT
2013 MAR 28  D  3:48
BY: _____
DEPUTY CLERK

| PROB 22 TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 2:10-CR-00601-001-DAK |
| DISTRICT OF UTAH | DOCKET NUMBER (Rec. Court) |
| | 13-cr-00109-MSK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| GEORGE EDWARD CLARK | District of Utah |
| | DIVISION |
| | Salt Lake City |
| | NAME OF SENTENCING JUDGE |
| | Dale A. Kimball |

| DATES OF SUPERVISION TERM | FROM 01/22/2013 | TO 01/23/2015 |
|---|---|---|

**OFFENSE**

Possession of MDMA with Intent to Distribute;

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Utah, Salt Lake City upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

2/28/2013
Date

_s/ Dale A. Kimball_
Dale A. Kimball
Senior United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

March 21, 2013
Effective Date

s/ Marcia S. Krieger
United States District Judge

FPD

# US District Court Electronic Case Filing System
## District of Utah (Central)
### CRIMINAL DOCKET FOR CASE #: 2:10−cr−00601−DAK−1

Case title: USA v. Clark et al

Date Filed: 07/07/2010
Date Terminated: 10/20/2011

Assigned to: Judge Dale A. Kimball

**Defendant (1)**

**George Edward Clark**  represented by  **L. Clark Donaldson**
*TERMINATED: 10/20/2011*                UTAH FEDERAL DEFENDER OFFICE
                                        46 W BROADWAY STE 110
                                        SALT LAKE CITY, UT 84101
                                        (801)524−4010
                                        Email: lynn_donaldson@fd.org
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841 NARCOTICS − SELL, DISTRIBUTE, OR DISPENSE/Possession of MDMA with Intent to Distribute; 18:2 Aiding and Abetting (1) | Dft pleaded guilty. SENTENCE: Dft committed to custody of BOP for 15 months. Upon rls, dft shall be on Supervised Release for 24 months. FINE: None. SPA: $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

1

**Plaintiff**

**USA**      represented by    **Vernon G. Stejskal**
US ATTORNEY'S OFFICE (UT)
SALT LAKE CITY, UT 00000
(801) 325–1404
Email: Cindy.Dobyns@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Lund**
US ATTORNEY'S OFFICE (UT)
SALT LAKE CITY, UT 00000
(801)524–5682
Email: Robert.Lund@usdoj.gov
*TERMINATED: 12/13/2010*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/07/2010 | 1 | 6 | INDICTMENT as to George Edward Clark (1) count(s) 1, Kelsy Carrera Cox (2) count(s) 1. Assigned to Judge Dale A. Kimball (las) (Entered: 07/07/2010) |
| 09/28/2010 | 4 | | Minute Entry for proceedings held before Judge Magistrate Judge Paul M. Warner: Initial Appearance/Arraignment/Pretrial Conference as to George Edward Clark (1) Count 1 held on 9/28/2010. Defendant present and in custody. Financial Affidavit submitted– FPD appointment, Added attorney L. Clark Donaldson for George Edward Clark. Dft waives formal reading of Indictment. Rights and penalties explained. Dft enters a Plea of NOT GUILTY.Govt does not seek detention. Court orders the dft released under standard and special conditions. SEE ORDER SETTING CONDITIONS OF RELEASE. (Discovery due by 10/1/2010., Motions due by 10/22/2010., Plea Agreement due by 11/8/2010., Proposed Jury Instructions along with proposed voir dire questions 11/24/2010., 3 day Jury Trial set for 11/29/2010 08:30 AM in Room 220 before Judge Dale A. Kimball.) Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Lynn Donaldson, FPD. Interpreter: N/A. Probation Officer: Blanca Tillman. Court Reporter: electronic.(Time Start: 11:31:37 AM, Time End: 11:49:49 AM, Room 477.) (ksm) (Entered: 09/28/2010) |
| 09/28/2010 | 5 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER L. CLARK DONALDSON as to George Edward Clark. Signed by Magistrate Judge Paul M. Warner on 9/28/2010. (ksm) (Entered: 09/28/2010) |
| 09/28/2010 | 6 | | ORDER Setting Conditions of Release as to George Edward Clark. Signed by Magistrate Judge Paul M. Warner on 9/28/2010. (ksm) (Entered: 10/01/2010) |
| 09/28/2010 | 25 | | ARREST Warrant Returned Executed on 9/28/10, filed on 9/28/10 in case as to George Edward Clark (alt) (Entered: 11/19/2010) |
| 10/01/2010 | 8 | | GOVERNMENTS STATEMENT OF DISCOVERY POLICY by USA as to George Edward Clark *and Initial Discovery* (Lund, Robert) (Entered: 10/01/2010) |

2

| | | | |
|---|---|---|---|
| 10/06/2010 | 9 | | NOTICE OF ATTORNEY APPEARANCE: L. Clark Donaldson appearing for George Edward Clark (Donaldson, L.) (Entered: 10/06/2010) |
| 11/15/2010 | 24 | | ORDER TO CONTINUE – Ends of Justice as to George Edward Clark, Kelsy Carrera Cox: Time excluded from 11/29/10 until 1/26/11. Motion granted: 23 MOTION for Extension of Time Motion Deadline MOTION to Continue *Jury Trial*. Motions due by 12/29/2010. Jury Trial reset for 1/26/2011 08:30 AM in Room 220 before Judge Dale A. Kimball. Signed by Judge Dale A. Kimball on 11/15/10 (alt) (Entered: 11/15/2010) |
| 11/23/2010 | 27 | | Second CERTIFICATE OF COMPLIANCE filed by USA as to George Edward Clark, Kelsy Carrera Cox. (Lund, Robert) (Entered: 11/23/2010) |
| 12/13/2010 | 28 | | SUBSTITUTION OF COUNSEL by USA. Vernon G. Stejskal replacing Robert A. Lund (Stejskal, Vernon) (Entered: 12/13/2010) |
| 01/19/2011 | 33 | | ORDER TO CONTINUE – Ends of Justice as to George Edward Clark, Kelsy Carrera Cox: Time excluded from 1/26/11 until 4/26/11. Motion granted: 32 MOTION to Continue *Jury Trial*. 3–Day Jury Trial reset for 4/26/2011 08:30 AM in Room 220 before Judge Dale A. Kimball. Signed by Judge Dale A. Kimball on 1/19/11 (alt) (Entered: 01/19/2011) |
| 04/26/2011 | 39 | | **AMENDED NOTICE OF HEARING** as to George Edward Clark, Kelsy Carrera Cox (Notice generated by Theresa Brown) Three Day Jury Trial set for 7/18/2011 08:30 AM in Room 220 before Judge Dale A. Kimball. (tab) (Entered: 04/26/2011) |
| 07/11/2011 | 42 | | **NOTICE OF HEARING** as to George Edward Clark (Notice generated by Kim Jones) Change of Plea Hearing set for 8/8/2011 at 11:00 AM in Room 220 before Judge Dale A. Kimball. (kmj) (Entered: 07/11/2011) |
| 08/08/2011 | 44 | | Minute Entry for proceedings held before Judge Dale A. Kimball: Change of Plea Hearing as to George Edward Clark held on 8/8/2011. The dft appeared with counsel. After being sworn and Rule 11 being complied with, Plea entered by George Edward Clark (1) Guilty as to Count 1. The entire plea agreement in writing was executed and filed in open court. The Court accepted dft's plea as being knowingly and voluntarily entered. Court Orders Pre−Sentence Investigative Report as to George Edward Clark. Sentencing set for 10/19/2011 03:30 PM in Room 220 before Judge Dale A. Kimball. Dft is ordered to remain on O/R release under the conditions imposed, being supervised by Pretrial Release Services. Attorney for Plaintiff: Vernon Stejskal, SAUSA. Attorney for Defendant: L. Clark Donaldson, AFPD. Probation Officer: Glen Manross. Court Reporter: Becky Janke. (kmj) Modified on 8/9/2011 (kmj). (Entered: 08/08/2011) |
| 08/08/2011 | 45 | | STATEMENT IN ADVANCE OF PLEA as to George Edward Clark (kmj) (Entered: 08/08/2011) |
| 08/09/2011 | 47 | | MODIFICATION OF DOCKET as to George Edward Clark Error: missing information. Correction: supervision by Pretrial Services pending sentencing. Re 44 Change of Plea Hearing (kmj) (Entered: 08/09/2011) |
| 09/13/2011 | 48 | | CONSENT to Modify Conditions of Release and ORDER. The modification of conditions of release is ordered, to be effective on 9/12/11. Signed by Magistrate Judge Paul M. Warner on 9/13/11 (alt) (Entered: 09/15/2011) |

| | | | |
|---|---|---|---|
| 10/20/2011 | <u>59</u> | 8 | JUDGMENT as to George Edward Clark (1). Count(s) 1, Dft pleaded guilty. SENTENCE: Dft committed to custody of BOP for 15 months. Upon rls, dft shall be on Supervised Release for 24 months. FINE: None. SPA: $100.00. Defendant Termed. Signed by Judge Dale A. Kimball on 10/20/11 (alt) (Entered: 10/20/2011) |
| 12/06/2011 | 68 | | **NOTICE OF HEARING** as to George Edward Clark (Notice generated by Kim Jones) Final Hearing re Revocation of Supervised Release set for 12/15/2011 at 02:00 PM in Room 220 before Judge Dale A. Kimball. (kmj) (Entered: 12/06/2011) |
| 12/07/2011 | | | Terminate Hearing as to George Edward Clark: The Violation of Supervised Release Hearing set for 12/15/11 before Judge Kimball is stricken from the calendar. (kmj) (Entered: 12/07/2011) |
| 12/08/2011 | 69 | | Minute Entry for proceedings held before Magistrate Judge Paul M. Warner: Pretrial Release Violation Hearing as to George Edward Clark held on 12/8/2011. Defendant present with counsel and in custody. Court advised the defendant of the allegations as stated in the petition and of procedure. Court hears from both parties. Counsel requests a continuance to get more information. Court continues matter to Monday, December 12, 2011 at 10:00 a.m. before Magistrate Judge Paul M. Warner. Court orders Dft remanded to USMS pending resolution of this matter. Attorney for Plaintiff: William Brown, Attorney for Defendant: Lynn Donladson, FPD. Interpreter: N/A. Probation Officer: Greg Petersen. Court Reporter: Electronic.(Time Start: 3:02:12 PM, Time End: 3:13:07 PM, Room 477.) (mas) (Entered: 12/08/2011) |
| 12/08/2011 | 70 | | **NOTICE OF HEARING** as to George Edward Clark (Notice generated by Kim Jones) Miscellaneous Hearing re Violation of Release Conditions set for 12/15/2011 at 02:00 PM in Room 220. (kmj) (Entered: 12/08/2011) |
| 12/08/2011 | <u>78</u> | | Arrest Warrant on Allegations of Violations of Conditions of Supervised Release Warrant Returned Executed on 12/08/2011, filed on 12/08/2011 in case as to George Edward Clark. (tls) (Entered: 01/18/2012) |
| 12/09/2011 | <u>72</u> | | Rule 5/5.1 Documents Received – File consists of documents uploaded from USDC of CO's PACER site as to George Edward Clark (Attachments: #<u>1</u> CO Docket Sheet, #<u>2</u> CO Order of Commitment) (alt) (Entered: 12/13/2011) |
| 12/12/2011 | 71 | | Minute Entry for proceedings held before Magistrate Judge Paul M. Warner: Pretrial Release Violation Hearing/Post Sentencing Release as to George Edward Clark held on 12/12/2011. Defendant present with counsel and in custody. Was originally set on DAK calendar. It was mistakenly stricken from DAK calendar. DAK chambers has now added back on his calendar for 12/15/11 at 2:00 p.m. before Judge Dale A. Kimball. Court orders Dft to be remanded to USMS pending resolution of this matter. Attorney for Plaintiff: William Brown, Attorney for Defendant: Lynn Donaldson, FPD. Interpreter: N/A. Probation Officer: Frank Davis. Court Reporter: Electronic.(Time Start: 10:06:43 AM, Time End: 10:12:13 AM, Room 436.) (mas) (Entered: 12/12/2011) |
| 12/15/2011 | 75 | | Minute Entry for proceedings held before Judge Dale A. Kimball: Pretrial Release Violation Hearing as to George Edward Clark held on 12/15/2011. Defendant present with counsel and in custody. Court advised the defendant |

|  |  |  | of the allegations as stated in the petition and of procedure. Dft admitted to allegations 1–5 and made a statement to the Court. After hearing from Mr. Donaldson and Mr. Brown, the Court ordered dft to be released from imprisonment and to self−surrender to the designated facility in Victorville, CA by Noon on 12/30/11. Attorney for Plaintiff: Don Brown, SAUSA. Attorney for Defendant: Lynn Clark Donaldson, AFPD. Probation Officer: Ben Graham. Court Reporter: Kelly Hicken. (kmj) (Entered: 12/15/2011) |
|---|---|---|---|
| 02/06/2013 | 88 |  | REQUEST and ORDER for Modifying Conditions of Supervision of supervised release with Consent of Offender. Waiver of Hearing attached. Signed by Judge Dale A. Kimball on 2/5/13. (jlw) (Entered: 02/06/2013) |
| 02/28/2013 | 91 |  | REPORT and ORDER to Transfer Jurisdiction as to George Edward Clark. Signed by Judge Dale A. Kimball on 2/28/13. (jlw) (Entered: 03/01/2013) |
| 03/28/2013 | 92 |  | Supervised Release JURISDICTION TRANSFERRED to Colorado as to George Edward Clark (asp) (Entered: 03/29/2013) |

CARLIE CHRISTENSEN, Acting United States Attorney (#633)
ROBERT A. LUND, Assistant United States Attorney (#9579)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924
email: robert.lund@usdoj.gov

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. |
| | INDICTMENT |
| vs. | |
| GEORGE EDWARD CLARK, and KELSY CARRERA COX, | VIO. 21 U.S.C. § 841(a)(1), POSSESSION OF MDMA WITH INTENT TO DISTRIBUTE. |
| Defendants. | |

Case: 2:10-cr-00601
Assigned To : Kimball, Dale A.
Assign. Date : 7/7/2010
Description: USA v.

The Grand Jury Charges

### COUNT 1

On or about December 28, 2009, in the Central Division of the District of Utah and elsewhere,

GEORGE EDWARD CLARK, and
KELSY CARRERA COX,

the defendants herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA or ecstacy), a schedule I controlled substance within the meaning of 21 U.S.C. § 812;

6

and did each aid and abet the other therein, in violation of 21 U.S.C. § 841(a)(1) and

18 U.S.C. § 2.

                                          A TRUE BILL:

                                          /S/

                                  FOREPERSON of the GRAND JURY

CARLIE CHRISTENSEN
Acting United States Attorney

*(signed) Wm K Kendall for*
ROBERT A. LUND
Assistant United States Attorney

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT
### District of Utah

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| George Edward Clark | Case Number: DUTX2:10-CR-00601-001 DAK |
| | USM Number: 17493-081 |
| | L. Clark Donaldson |
| | Defendant's Attorney |

U.S. DISTRICT COURT
2011 OCT 20 P 1:
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1 of the Indictment.

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of MDMA with Intent to Distribute | 12/28/2009 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/19/2011
Date of Imposition of Judgment

*/s/ Dale A. Kimball*
Signature of Judge

Dale A. Kimball                                   U.S. District Judge
Name of Judge                                     Title of Judge

10/20/2011
Date

8

AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: George Edward Clark
CASE NUMBER: DUTX2:10-CR-00601-001 DAK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

15 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in FCI Englewood, Colorado or Safford, Arizona.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on    1/17/2012    .

   ☑ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

DEFENDANT:  George Edward Clark                                    Judgment—Page __3__ of __6__
CASE NUMBER: DUTX2:10-CR-00601-001 DAK

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
24 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: George Edward Clark
CASE NUMBER: DUTX2:10-CR-00601-001 DAK

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to drug/alcohol testing under a copayment plan as directed by the United States Probation Office.

2. The defendant shall participate in a substance-abuse evaluation and/or treatment under a copayment plan as directed by the U. S. Probation Office. During the course of treatment, the defendant shall not consume alcohol nor frequent any establishment where alcohol is the primary item of order.

3. The defendant shall participate in a mental-health treatment program under a copayment plan as directed by the U. S. Probation Office, take any mental-health medications as prescribed, and not possess or consume alcohol, nor frequent businesses where alcohol is the primary item of order, during the course of treatment or medication.

4. The defendant shall submit his person, residence, office, or vehicle to a search, conducted by the U. S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

5. The defendant shall not have any contact with any member or associate of a criminal street gang/prison gang either in person, by mail, by phone, by e-mail, by third person, or by any other method.

Case No. 1:13-cr-00109-MSK   Document 4   filed 03/29/13   USDC Colorado   pg 12 of 14
Case 2:10-cr-00601-DAK   Document 59   Filed 03/29/13   Page 11 of 13

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT:  George Edward Clark
CASE NUMBER:  DUTX2:10-CR-00601-001 DAK

Judgment — Page __5__ of __6__

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS**   $ _____ 0.00   $ _____ 0.00

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case No. 1:13-cr-00109-MSK   Document 4   filed 03/29/13   USDC Colorado   pg 14 of 14
Case 2:10-cr-00601-DAK   Document 359   Filed 03/29/13   Page 63 of 613

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT: George Edward Clark
CASE NUMBER: DUTX2:10-CR-00601-001 DAK

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑ Lump sum payment of $ __100.00__ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.


☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.




☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Case No. 1:13-cr-00109-MSK   Document 4   filed 03/29/13   USDC Colorado   pg 14 of 14
Case 2:10-cr-00601-DAK   Document 359   Filed 03/29/13   Page 63 of 613

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.