# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

May 23, 2013

Jeffrey Colwell, Clerk of the Court
U.S. District Court for the District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2013

JEFFREY P. COLWELL
CLERK

RE: UNITED STATES OF AMERICA v. George Edward Clark
    Utah: 2:10-CR-601-DAK
    Colorado: 1:13-CR-109-MSK

Dear Clerk:

Pursuant to the execution of the Waiver of Rule 5 and 5.1 Hearings form by the above named defendant and his counsel on, you may retrieve the case documents from our CMECF system.

Documents filed prior to May 2, 2005 are forwarded with this letter. Documents filed since that time may be accessed through our CM/ECF system https://ecf.utd.uscourts.gov/. If you do not have a Court PACER login and password, please contact Robert Janzen at 801-524-6105.

Please acknowledge receipt of these documents by signing a copy of this letter and returning it to my attention.

Sincerely,
D. Mark Jones, Clerk

By: Lindsey Pagel
*[signature]*
Enclosures
cc:

**ACKNOWLEDGMENT OF RECEIPT:**
Received by: _____   Date: _____

350 South Main Street•Salt Lake City, Utah 84101•(801)524-6100•www.utd.uscourts.gov