IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00109-MSK-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GEORGE EDWARD CLARK,

       Defendant.
_____

NOTICE OF APPEARANCE
_____

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       WARREN R. WILLIAMSON
       Federal Public Defender, Interim


       s/ David E. Johnson
       David E. Johnson
       Attorney At Law
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       David_Johnson@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on 6/11/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  James R. Allison, AUSA
  email: james.allison2@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  George Edward Clark (via Mail)
  Reg. No. 17493-081
  c/o FDC-Englewood

              s/ David E. Johnson
              David E. Johnson
              Attorney At Law
              633 17th Street, Suite 1000
              Denver, CO  80202
              Telephone:  (303) 294-7002
              FAX:  (303) 294-1192
              David_Johnson@fd.org
              Attorney for Defendant