IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00109-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GEORGE EDWARD CLARK,

        Defendant.

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Martha A. Paluch, Assistant United States Attorney, hereby enters her appearance on behalf of the United States.  All future notices and hearing dates should be directed to Assistant U.S. Attorney Martha A. Paluch.

Dated this   13th    day of June, 2013.

        Respectfully submitted,

        JOHN F. WALSH,
        United States Attorney

        By:     s/Martha A. Paluch
        MARTHA A. PALUCH
        Assistant United States Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado   80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0403
        E-mail: martha.paluch@usdj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of June, 2013, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record.

                s/Barbara Gardalen
                BARBARA GARDALEN
                Legal Assistant
                U.S. Attorney's Office
                1225 Seventeenth Street, Suite 700
                Denver, Colorado  80202
                Telephone:  (303) 454-0100
                Fax:  (303) 454-0403
                E-mail:  barbara.gardalen@usdoj.gov