AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
__George Edward Clark__ )   Case No. 13-cr-00109-MSK
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 6/13/13

_____
Defendant's signature

_____
Signature of defendant's attorney

David E. Johnson  GH 81505
Printed name and bar number of defendant's attorney

633 17th St. 10th Floor Denver, CO
Address of defendant's attorney

David_Johnson@fd.org
E-mail address of defendant's attorney

303-294-7002
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney