**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover     Date: July 9, 2013
Court Reporter:       Terri Lindblom
Probation Officer:    Edward Gadden

Criminal Action No. 13-cr-00109-MSK

*Parties*:                          *Counsel Appearing*:

UNITED STATES OF AMERICA,     Martha Paluch

          Plaintiff,

v.

GEORGE EDWARD CLARK,       David Johnson

          Defendant.

---

## COURTROOM MINUTES

---

**Supervised Release Hearing**

**9:11 a.m.**      **Court in session**.

Defendant present in custody.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.  The Government reviews the five (5) charged violations with the defendant.

Defendant admits the five (5)  alleged violation.

Parties received and reviewed the supervised release violation  report and all addenda.

The defendant **does** dispute the facts contained in the supervised release violation report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the supervised release violation report.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. § 3553 (a), the Court announces the sentence it intends to impose.  Counsel are offered the opportunity for further argument. No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Supervised release is **REVOKED.** The defendant is sentenced to a term of incarceration of 18 months to be followed by 18 months of supervised release of which the first six months will be spent in a residential re-entry center. While on supervised release, defendant will comply with all of the terms and conditions that have been recommended by the probation officer.

The following special conditions are imposed: Defendant will participate and successfully complete a program of testing and/or treatment of substance abuse as approved by the probation officer until such time as he is released from the program by the probation officer; that he abstain from all use of alcohol during the entire term of supervised release; that he participate in mental health assessment and treatment and to the extent pharmaceutical drugs are prescribed, he remain medically compliant with those, submitting to periodic blood tests to monitor same. Finally, if any additional violation occurs, defendant will be brought before the Court for a compliance review hearing.

Defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:55 a.m.** **Court in recess.**

**Total Time: 44 minutes**
**Hearing concluded.**