# George E. Clark

2765 South Federal Blvd• Denver, Colorado 80236• Phone: 970-765-1746
E-Mail: george.clark318@gmail.com   Case # 13-cr-109-MSK-01

Date: August 21, 2014

Chief Judge Krieger
901 19th St.
Room 105
Denver, Colorado
80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 5 2014

JEFFREY P. COLWELL
CLERK

Honorable Judge Krieger:

My name is George Clark and I am currently a resident at Independence House South Federal. My probation officer is Mr. Ed Gadden, and it is because of his recommendation that I am writing to you to request release from Independence House as soon as possible and be allowed to move in with my girlfriend Ms. Ashley Green and her daughter Nevaeh. I feel this would in my best interest for several reasons. First, I started college classes today at the Art Institute of Denver studying culinary arts. I have just been informed that access to my textbook is only available online and since I am not allowed to have a computer at the halfway house, I am extremely concerned that I will inevitably get behind on my studies. Because my job at Macaroni Grill fills much of my time combined with the fact that I am relying on public transportation, my options to access my textbook are extremely limited. My girlfriend has a computer and Internet access at her home. Secondly, my place of employment is a substantial distance from the halfway house. I takes me almost 2 hours to reach my job on East Arapahoe not too far from Interstate 25 and then another 2 hours to get back to the halfway house. Ashley's home is less than half the distance and the bus ride is more direct. The shorter commute would free up time for my studies. The last reason for my request is that the halfway house has served its purpose and I can do more from home.

Mr. Gadden has inspected and approved Ashley's apartment. He has met Ashley and feels she is a good influence for me. She does not use drugs or drink alcohol. She works as a school nurse, and as you well know, working for the school district does not pay as well as it should. I honestly feel my paycheck would be better spent helping Ashley provide the best possible environment for her daughter instead of paying the halfway house. We look forward to making a home together.

Mr. Gadden has met with my employer and received an excellent report, that I have demonstrated responsibility at work. I have never been late, never missed a shift, been willing to work in whatever capacity necessary, and my boss sees me as an enthusiastic employee. I have been working at least 40 hours per week since the first week of my release. I have demonstrated responsibility at the halfway house. I have had no write ups and have passed all of my UAs. I have also demonstrated responsibility with my life in that I have been completely clean for 17 months and am working diligently to better myself through school and staying healthy. I have severed all ties with the people I considered friends prior to my incarceration. I would now appreciate the opportunity to demonstrate responsibility with my family.

I am hoping that you will not require me to wear an ankle monitor, since I am demonstrating responsibility in all aspects of my life. But, if it would expedite my release from the halfway house, I would be more than willing to wear one. Thank you for your time and consideration.

Sincerely,

*[signature]*
George E. Clark