IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00109-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE EDWARD CLARK,

    Defendant.
_____

NOTICE OF APPEARANCE
_____

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ David E. Johnson
David E. Johnson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David.Johnson@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on 9/18/2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    James R. Allison, AUSA
    email: james.allison2@usdoj.gov

    Martha Paluch, AUSA
    email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    George Edward Clark (via Mail)
    c/o Independence House - South
    2765 S. Federal Blvd.
    Denver, CO   80236

                                      s/ David E. Johnson
                                      David E. Johnson
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO   80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      David.Johnson@fd.org
                                      Attorney for Defendant