IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00109-MSK-01

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

GEORGE EDWARD CLARK,

   Defendant.

---

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

---

  This matter comes before the Court upon report of the Probation Officer concerning a supervised release hearing and the Court having determined that Defendant is unable to afford to retain counsel, it is

  ORDERED that Federal Public Defender's Office is hereby appointed to represent Defendant for the limited purpose of supervised release hearing.

  DATED at Denver, Colorado, this 25TH day of September, 2014.

          BY THE COURT:

          _____
          KRISTEN L. MIX, Magistrate Judge
          United States District Court