AO 83 (Rev 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
для the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 13-cr-00109-MSK-01 |
| GEORGE EDWARD CLARK | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Alfred A. Arraj U.S. Courthouse, 901 19th St., Denver, CO 80294 | Courtroom No.: | A901, 9th Floor |
|---|---|---|---|
| Before: | Honorable Marcia S. Krieger, Chief U.S. District Judge | Date and Time: | November 6, 2014, at 10:00 a.m. |

This offense is briefly described as follows:

See Petition and Order for Issuance of Summons Due to Violations of Supervised Release [Document 24].

Date: 10/9/14

s/D. Kalsow, Deputy Clerk
*Issuing officer's signature*

By:

JEFFREY P. COLWELL, CLERK
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 10/10/14

*Server's signature*

Carlos Escobedo   U.S. Probation Officer Assistant
*Printed name and title*