IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00109-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **GEORGE EDWARD CLARK**

        Defendant.

_____

### NOTICE OF ATTORNEY APPEARANCE
_____

The United States of America by John F. Walsh, United States Attorney for the District of Colorado, through Pegeen Rhyne, Assistant United States Attorney, hereby enters her appearance as plaintiff's co-counsel in this matter.

Respectfully submitted this 21st day of October, 2014.

        JOHN F. WALSH
        United States Attorney

        By: *s/ Pegeen D. Rhyne*
        PEGEEN D. RHYNE
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0409 (fax)
        Pegeen.Rhyne@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of October, 2014, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

      *s/ Grazy Banegas*
      By: GRAZY BANEGAS
      Legal Assistant