IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00109-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GEORGE EDWARD CLARK,

       Defendant.
_____

### MOTION TO RESTRICT ACCESS
_____

       Mr. George Edward Clark, Defendant, by and through undersigned counsel, David E. Johnson, Assistant Federal Public Defender, respectfully requests that Docket Nos. 31 and 33 be restricted at Level 2.

                                         Respectfully submitted,

                                         VIRGINIA L. GRADY
                                         Federal Public Defender


                                         s/ David E. Johnson
                                         DAVID E. JOHNSON
                                         Assistant Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         David_Johnson@fd.org
                                         Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2014, I electronically filed the foregoing

**MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    James R. Allison, AUSA
    email: james.allison2@usdoj.gov

    Martha Paluch, AUSA
    email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    George Edward Clark    (via Mail)
    c/o Independence House - South
    2765 S. Federal Blvd.
    Denver, CO   80236

    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_Johnson@fd.org
    Attorney for Defendant