IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00109-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE EDWARD CLARK,

    Defendant.

_____

**PROPOSED ORDER**
_____

THIS MATTER comes before the Court on the Motion to Restrict Access and good cause appearing, it is hereby ORDERED:

that the Motion to Restrict Access be GRANTED and Docket Nos. 31 and 33 be Sealed at Level 2.

Dated this _____ day of _____ , 2014.

BY THE COURT:

_____
United States District Judge