**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE  MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:   November 6, 2014 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Edward Gadden | |

Criminal Action No. 13-cr-00109-MSK

*Parties*:                                                                    *Counsel Appearing*:

UNITED STATES OF AMERICA,                         Pegeen Rhyne

          Plaintiff,

v.

GEORGE EDWARD CLARK,                              David Johnson

          Defendant.

## COURTROOM MINUTES

**Supervised Release Hearing**

**10:05 a.m.      Court in session**.

Defendant present.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.  The Government reviews the four (4) charged violations with the defendant.

Defendant admits the four (4) alleged violations.

Parties received and reviewed the supervised release violation  report and all addenda.

The parties **do not** dispute the facts contained in the supervised release violation report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the supervised release violation report.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. § 3553 (a), the Court announces the sentence it intends to impose.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Supervised release is continued.  Sentencing is deferred for a period of four (4) months.  Compliance hearing is set on **February 23, 2015 at 11:00 a.m.**, in Courtroom A901, 901 19th Street.  The probation officer's attendance is not required.

**10:42 a.m.**     **Court in recess.**

**Total Time:   37 Minutes**
**Hearing concluded.**