✎AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Colorado

UNITED STATES OF AMERICA

V.

GEORGE EDWARD CLARK

**WARRANT FOR ARREST**

Case Number: 13-cr-00109-MSK-01

To: The United States Marshal
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   GEORGE EDWARD CLARK
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Failure to Participate in Substance Abuse Testing as Directed
Failure to Participate in Substance Abuse Treatment as Directed
Failure to Notify Probation Officer of Change in Residence
Possession and Use of a Controlled Substance
Failure to Notify Probation Officer of Change in Employment

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/D. Kalsow, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | 12/26/14, Denver, Colorado |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |