IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00109-MSK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

GEORGE EDWARD CLARK,

 Defendant.
_____

**LETTER AND MATERIAL FROM DEFENDANT CLARK**
_____

 Comes now the defendant, George Edward Clark, by and through his attorney, David E. Johnson, and submits the attached letter and writing from Mr. Clark:

 Attachment 1 is a letter from Mr. Clark to this Honorable Court.

 Attachment 2 is a writing Mr. Clark with no intended audience but himself, yet has decided to share it with the Court.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ David E. Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 - 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_Johnson@fd.org
        Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, I electronically filed the foregoing

**LETTER AND MATERIAL FROM DEFENDANT CLARK**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James R. Allison, AUSA
email: james.allison2@usdoj.gov

Martha Paluch, AUSA
email: martha.paluch@usdoj.gov

Pageen Rhyne, AUSA
email: pegeen.rhyne@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Edward C. Gadden
U.S. Probation Officer
Email: Edward_Gadden@cod.uscourts.gov


George Edward Clark       (via Mail)
c/o Independence House - South
2765 S. Federal Blvd.
Denver, CO   80236

    s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_Johnson@fd.org
Attorney for Defendant

2