# ATTACHMENT 1

*United States of America v. George Edward Clark*
Case No. 13-cr-00109-MSK

Honorable Chief Judge Marcia S. Krieger,

I would like to start off by apologizing. I know this whole situation is exhausting to say the least. I'll be standing in front of you in a few days for one reason, I am a drug addict. I have finally admitted to myself this is a serious problem and I'm powerless over my addiction. Realizing this I have started to make some must needed changes in order for me to combat this. I have completly disassociated myself with my friends (they were not helping the problem), I've turned my life over to God because He is the only one who can help me fight these demons, I am reading self-help books on addiction, the NA book being one of them. I have done several steps in the books including the moral inventories and amends letters that I wrote to my probation officer, old managers, my girls family and brother-in-law, my parents and other family members. I'm in a place flooded with drugs and I have made the conscious decision to stay clean. I will take a UA for you if you would like. I spend my time reading the bible, self-help books, doing bible studies, listening to christian radio, working out, writing poetry, talking to family, and staying out of the way. I have taken these tears and this pain, from being away from my family, and used it to my advantage. I want to be the best I can I can for them. But, being an addict I have thinking errors. I pray I can get the help I need because if I don't I'm scared of what could happen. I don't ever want to go through this again or feel this wrenching at my heart again. If I can't beat this I'll lose everything and be as good as dead because I can't live without my heart and my family is the beat to it. This is motivation in itself.

I know I've made mistakes but can I please get some help because we both know I can beat this, I'm fully capable. Also, this situation affects a lot more than just me. I want this so I can succeed and people after me can get the opportunity because throwing addicts into prison does nothing to help the problem. I'm a non-violent drug offender who was being a viable member of society. But, I got overwhelmed and let it get to me. I gave up. I failed myself and I failed my family. With the right copeing mechanisms and the chance to learn how to change my thinking patterns this won't happen again. Please give me the help I need.

If I'm not blessed with opportunity of treatment then I pray you take into consideration my ability to succeed, and the good things I was doing in work and school, when making your decision on the amount of incarceration you give me. Also please take into account the great father and family man I am. My family needs me. I know the sooner I get treatment the better because through time addicts get comfortable and think they have everything under control which is another thinking error. My family has plans to move to South Dakota where my girls family and church family are. All her wonderful support. I believe you become the company you keep and this is a decision that will better my life and benefit my family. Also, I can try to get treatment from my case there which I heard they like to give people treatment. I promised myself and my family I would go to treatment and NA meetings no matter the outcome of everything. My girls lease is up in August

and I need to be there to try to get into a house. I'm going to have to try and convince a landlord to let me live in there house. It would also mean a lot if I could be there to help us move. Your Honor I'm trying to do the right things. For the first time in my life I've admitted to myself and others I am an addict. God has humbled me and opened my eyes. He showed me my way is not going to work so I'm finally being open to the advice of others. I've made sacrifices and will make more. I'm willing to do whatever it takes and take the necessary steps in order to succeed and overcome. I know its not going to be easy but I'm here to fight. I'm in a different place mentally then I ever have been. I finally get it. If anyone thinks I'm okay with this or like this life, their perception is wrong. I want nothing more than to overcome this and be there for my family. I know how important I am to them and them to me. A quote to end this and live by: "If I start to feel overwhelmed, I will remember that I only have to make it through this day and God will see me through... One hour, one minute at a time." Thank you for your time and consideration.

Sincerely,
George Clark