# ATTACHMENT 2

*United States of America v. George Edward Clark*
Case No. 13-cr-00109-MSK

Here We Go!

Here we go. Inside the mind of a man who is really struggling, trying everything he can to keep his composier. Inside I'm screaming, outside I look fine, but some can see through the false apperance. Some days I'm up and some days I'm down. Anxiety cripples me, my life is a revolving door. The good thing about a revolving door is there is an exit and I can choose to come out the right end. Do I have confidence in myself to come out the right end? Maybe not because I'm powerless over my addiction. But I do know all things are possible with God and as Jesus said, "All things are possible to those who believe". Sometimes it's hard because I've gone through so much. But that's no excuse. After years of so much of the same thing my brain has been instilled with the wrong copeing mechanisms. Will someone please help me cuz I'm really hurting here. I miss my family so much. I've never experienced a hurt/pain like this in my entire life. It's crazy the way we take things for granted. My daughters happiness, the way she smiles and laughs. My amazing Angel of a girl. I went from only having me to worry about to having a family. I acted like it was only me. I took my family for granted and it kills me. I know this is going to be the fight of my life and its not going to be easy but I'm willing to fight it. If I don't I lose everything. My family, my little girl and future wife, potentially my life. This is all that matters. They are the beat to my heart and without them I am no more. I have never experienced the emotions I have over these past 6 weeks. Like my heart has been torn out. I cant begin to explain the pain, saddness, worry. I know this is the last chance I have because I can't live without my family. My family gives me the motivation and inspiration I have never had. I'm so tired of this life. I pray to

God everyday that he will heal me and help me never lose sight of whats really important. Who knows how it feels to let down the people you love the most? I do and its the worst. Especially when it was never my intention. The tears pour out like a fountain which I've never experienced. The pain in my heart, I wish it would stop but I know my suffering is for a purpose. I vowed to give it all to God and never walk away again. I pray he can direct my steps. I pray he can put it on the hearts of the ones responsible, for my judgement, to help me. No matter the outcome of all of this I'm the one who must live with my decisions and I'm the only one that can use my life's experiences to help myself. I hope one day to be able to help others overcome the beast but I have to fix myself first. I pray to God I hit my rock bottom this time. The NA book has stories of people with worse circumstance people who lost more, people clean for 13 years the relapsed, but they all overcame. They all came out on top thanks to NA, the right support and a higher power. These stories give me hope. I'm so done with the revolving door. I want to look in the mirror and be satisfied. I want the feeling of comfort and happiness. I want people to be proud of everything I'm doing. I want to be a good example for my daughter and a great husband. Most of all I want these chains of addiction to be broken. I want to be free of it all. My life depends on it. I'm an overcomer and I will overcome this. I have people who believe in me, I believe in myself, and I pray the people in power believe in me and see my willingness. Let God's will be done. Thats it for now.