IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00109-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GEORGE EDWARD CLARK,

       Defendant.
_____

**LETTERS AND MATERIALS IN SUPPORT**
_____

       Comes now the defendant, George Edward Clark, by and through his attorney, David E. Johnson, and submits the attached letters in support of Mr. Clark.

       Mr. Clark submitted four letters in Docket Number 31. In addition to those letters, Mr. Clark also submits the following:

       <u>Attachment 1</u> is a letter from Hydee Parker, Mr. Clark's mother.

       <u>Attachment 2</u> is a letter from Ashley Green, Mr. Clark's girlfriend. *See also* Doc. No. 31, Letter 4.

       <u>Attachment 3</u> are photographs of Mr. Clark with Ms. Green, her daughter and family.

<u>Attachment 4</u> is Mr. Clark's transcript from The Art Institute, demonstrating a 3.27 cumulative Grade Point Average through Summer and Fall 2014.

Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        <u>s/ David E. Johnson</u>
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 - 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_Johnson@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, I electronically filed the foregoing

**LETTERS AND MATERIALS IN SUPPORT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James R. Allison, AUSA
email: james.allison2@usdoj.gov

Martha Paluch, AUSA
email: martha.paluch@usdoj.gov

Pageen Rhyne, AUSA
email: pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Edward C. Gadden
U.S. Probation Officer
Email: Edward_Gadden@cod.uscourts.gov

George Edward Clark       (via Mail)
c/o Independence House - South
2765 S. Federal Blvd.
Denver, CO   80236

        s/ David E. Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 - 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_Johnson@fd.org
        Attorney for Defendant