# ATTACHMENT 1

**United States of America v. George Edward Clark**
**Case No. 13-cr-00109-MSK**

20691 Tulip Circle
Montrose, CO 81403

February 8, 2015

The Honorable Marcia S. Krieger, Chief
U. S. District Court for the district of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Co 80294

Dear Chief Judge Krieger,

I write to you today on behalf of my son George Edward Clark who on February 25, 2015, will once again sit before your honor to have his indiscretions and imperfections scrutinized. At such time you will make a determination that will either regretfully send my son back to prison because you feel he is a threat to society or as I hope, to rehabilitation because you feel George is more of a threat to himself. Prison will certainly physically contain him but will not necessarily stop him from sliding further into addiction, because sadly, we all know that drugs are readily available in prison for those who start looking. Rehabilitation on the other hand, will provide a program that teaches George how to live a sober life and more importantly, introduce coping mechanisms that he can use in lieu of getting high, the only coping mechanism George has in his tool kit. Though I will attempt to make this as brief as possible because I know your time is valuable, I have quite a bit to say on his behalf, and I thank you in advance for your time and consideration.

I do not attempt to sway your opinion of my son because I see him through rose-colored glasses, if I did, I would have enabled his addiction and more than likely been naive enough to hire an expensive lawyer to try to save him from himself, neither of which I have ever succumbed to. On the contrary, I see my son clearly. I am a mother who is a rehabilitated sober addict, clean for thirty years, who understands the brutal grasp of addiction, its repercussions, and the opportunities and success that can come from sobriety. And sadly, I know first hand how addiction can delude intelligent, honest, good-natured people into making horrible decisions that destroy trust and consume integrity.

I also know first hand that with addiction timing is everything. As you well know, rehabilitation shoved down someone's throat is destined to fail. But I would like to remind you that rehabilitation as a choice when one sees their life as completely out of control and they are faced with choosing between life and death, has boundless possibilities. With the right support team in place the conscious choice for sobriety is truly life changing, I can attest to that, and I feel that George is at the point where he has decided to choose life. He sees his life as out of control, he has come to the conclusion that he is powerless against his addiction and the realization that his family means everything to him. At this point in time I hear in our conversations his willingness to do whatever it takes to get control of this beast and be the partner in life that Ashley requires and the role model that Neveah deserves.

I am sure that George has come before you in the past, filled with apology and regret, vowing to turn his life around and stop using drugs, this last time included. The stress of life, and his limited understanding of how to adapt and cope, I know, is the culprit of his demise this last time and every time in the past. George has come to me and his stepfather countless times these past ten years with the same heart felt admissions of guilt and shame only to relapse and spiral out of control once again, each time worse than the last. And each time we believe him; I honestly believe he is regretful for his muddled choices and the emotional distress he causes those he cares about most. His sadness is genuine and his remorse is heartfelt. We have always sincerely believed his words and intentions were authentic, even though we knew deep down he did not have the tools to succeed at sobriety because he was always unwilling to admit he had an addiction.

He has never understood the gravity of his situation. He has always thought that sheer willpower would prevail and because of that he was doomed to repeat himself. The reason I have always believed his intentions were genuine is because I know the intelligent, kind, compassionate, caring person he is underneath. It is the demon called addiction that continually infiltrates his logic and creates a rationalization that getting high will fix everything. That is just the way addiction works.

Up to this point in time, getting high has become George's only coping mechanism. When the going gets tough, he has always covered it up. First George covered his emotional collapse with laughter and a big smile, and then when the pressures of life become even more difficult and drugs were offered as a means to deal with it, he started getting high because it made every worry temporarily go away. As a young boy George was faced with situations most adults would find difficult to deal with and I think those scars molded his life. When he was barely four his father succumbed to his own addiction and I was forced to demand he leave our home, a heart-wrenching situation for a child who adored his father and whose father was the center of his world. When George was not quite five, his father's addiction drove him to suicide. A year and a half later, I remarried a Navy man with two children and we relocated from Virginia to California.

This separated George from his beloved grandfather and thrust him into a new dynamic where he was the youngest of four children and he became desperate to receive love from his stepfather. Given Dennis' demanding job in the Navy and his limited parenting skills, he was not equipped to deal with a child who was so emotionally needy. George's big heart, once filled with a father and grandfather's love was left feeling rather empty. Unable to satisfy his stepfather's expectations, he began to act out because he did not know any other way to get a piece of Dennis' attention. George had gone from being the apple of his father and grandfather's eye to being the lowest man on the totem pole and he was distraught.

Sadly I was ignorant to what I was witnessing because George always put on a happy face and tried to be the funny guy. The pain he was experiencing did not become obvious until it turned into anger and resentment that was directed toward his stepfather. By fifteen George's retaliation became smoking marijuana because that was the most pain he could inflict on both of us. And from there getting high became his way to cope with every situation that caused emotional distress. And as we all know, when getting high becomes a crutch, marijuana quickly

turns to something more powerful that works even better. Had George been a bit older all of this may not have affected him to such a degree. But at this point hindsight is of no use.

George needs to relearn how to live life without drugs as his only means to cope; he needs to have the opportunity to sort through his pain, frustration, feelings of abandonment, and emotional confusion. Up to this point in his life, George has been adamantly resistant to receiving help and counseling, seeing it as a useless crutch and a copout. But this time there has been a complete one hundred and eighty degree turn in George's attitude toward these things. This time, I actually see and hear a difference in his perspective, one that gives Ashley, Dennis and I hope.

George is discussing his life through eyes of reality. Where he was once embarrassed to admit he had a problem with drugs, he is now embarrassed that he ignored it. Where he once called us all haters because we kept telling him he needed to get clean, he now struggles with the impulse to hate himself for his ignorance, delusions and horrible choices. Where he once would tell all of us he could do anything he put his mind to, he now discusses his weaknesses and the fact that he is helpless against his addiction. He investigates resources available to him and desires counseling. He has allowed God to enter his life and from that he is looking for any means that will give him the guidance he needs to put his life on the right track.

George has embraced the message offered through NA. He reads the book every day. He talks about restitution and making amends, but more importantly he is talking about his addiction openly and honestly with those he has wronged the most. George talks about how out of control his life has been these past 10 years, how blind he has been, and admits that he is amazed that we have continued to believe in him when most other parents would have washed their hands of someone that was so messed up. He tells me how amazed he is that God has given him such a wonderful family, especially his girlfriend Ashley, and her daughter Nevaeh, who refers to George as her daddy.

I see a newfound motivation in my son, one that seems genuine, and I believe he truly is ready to embrace rehabilitation and sobriety and what it has to offer. At this point in time I feel he honestly believes he is powerless against his addiction, tired of alienating himself from his family and is able to see his frailties realistically. But, being in this state of mind is time sensitive, especially with an addict. When they are willing, it becomes almost imperative that they are able. All I can ask is that you take all of this into consideration as you make your decision.

Again, thank you for your time.
Respectfully,

Hydeemaria Parker