# ATTACHMENT 2

**United States of America v. George Edward Clark**
Case No. 13-cr-00109-MSK

Honorable Judge Krieger,

I am writing this letter on behalf of George Clark in regards to his upcoming hearing. I know you are familiar with George and his history. He has made mistakes and neither he nor his support team, deny that. However we recognize that his behavior is due to the nature of his addiction. But, this letter is not to focus on the past, but on the current state. This is to give you a glimpse into the person George has become over the past few months, especially these last two months.

I am George's girlfriend, Ashley. I have known George for almost four years and we have been through a lot in the course of our relationship. But, I am here today to tell you I still support George and believe he is capable of overcoming his addiction. Absent his drug addiction, he is a good person. He has been a provider for our family, and a wonderful father to my daughter. My daughter loves him and would love to have him in her life again as soon as possible to continue the relationship they have developed. He is a very strong willed, hardworking, caring person that plays a major role in our family. As you know he had success in school and work before the addiction took hold again.

I fully understand that there is a consequence for his actions. I do plead that you take into account that he is a drug addict. Not that those actions should be excused; but in the sense that he needs treatment. I ask that you please take these facts into consideration when deciding a sentence.

Recently, I have seen a side of George come to life that I have never seen before. He went from being so lost, to seeking to find life in Christ. He has admitted that he is an addict and that he needs help. He has realized he cannot defeat this beast on his own. "We are never stronger than the moment we admit we are weak." He is willing to accept help, and has started taking the steps required to be rehabilitated. George has started reading NA books and following the steps. He has cut himself off from old ties and has not communicated with his friends since he has been incarcerated this time. He realizes that those relationships are not healthy when you are trying to stay clean. He has written letters to make amends to those he hurt by the choices he has made. He has admitted he is powerless over this addiction. He has turned to the one person who we believe can help him overcome- God. Now I know not everyone has that belief but we believe that faith can change the course of your life. He is reading and studying his Bible for hours everyday. He is learning everything he can about himself. He is reading self help books, to gain knowledge and insight. He has been putting in the effort required to fight the hardest fight of his life.

He is also in a very good place mentally, emotionally and spiritually considering the circumstances. He has his mind set on the future. We have plans to move away from Colorado- to South Dakota- where we will have the support of my family. I also have a wonderful church family that is willing to support us as well. George has made the commitment to focus on family and God, which is different from his focus before. The pain he has experienced the past two months has been different from every other time he has been incarcerated. He would shrug off the circumstances and just survive until he was released and did nothing to change the external circumstances. This time, he has made those changes and is willing to start over somewhere new because he realizes that there is more to life than everything he has been living for previously. He knows that family is most important and will do whatever it takes to be the man we need to lead our family. He is optimistic and knows that this may be the most difficult battle of his life, but it will be the most rewarding, liberating victory of his life. This battle will require time, trust,

and cooperation. He is willing to put in the effort everyday, and to commit everyday to being clean. He is allowing God to change his life for the better and is willing to accept the help of others so he can be freed from his addiction once and for all.

Thank you for your time and consideration,

*Ashley Green*

Ashley Green