# ATTACHMENT 3

*United States of America v. George Edward Clark*
Case No. 13-cr-00109-MSK



Denver Aquarium with our awesome family! Love these memories



I'd rather have bad times with you, than good times with someone else. I'd rather be beside you in a storm, than safe and warm by myself. I'd rather have hard times together, than to have it easy apart. I'd rather have the one who holds my heart.



Best Friends!



Fall Festival



I love you for all that you are, all that you have been, and all you are yet to be.



I choose you. And I'll choose you, over and over and over. Without pause, without a doubt, in a heartbeat.

I'll keep choosing you