# ATTACHMENT 4

**United States of America v. George Edward Clark**
**Case No. 13-cr-00109-MSK**

Registrar

Official Transcript
The Art Institute of Colorado
( formerly known as The Colorado Institute of Art )
1200 Lincoln Street
Denver CO  80203
(800) 275-2420    www.artinstitutes.edu/denver

```
Name:  George E Clark                                              Student ID:
       20691 Tulip Cir          Class:   Academic year 1           Start Date:  08/21/2014
       Montrose, CO  81403      Major:   Culinary Arts             Concentration:
       UNITED STATES            Degree:  Diploma                   Degree Date:
===============================================================================================
------------------------- Summer 2014 -----------------
Major:  DAC
Course Code       Course Title           Credits  Grade
CU1350      Mngmt., Supervision & Career Dev  3.0   B-
GS2420      Nutrition Science                 4.0   A
10/03/14 Academic Progress
     Okay

        attempt   earn   pass   quality   points   gpa    scgp
ses      7.0      7.0    0.0    7.0       24.1     3.44
cum      7.0      7.0    0.0    7.0       24.1     3.44   3.4

------------------------- Fall 2014 -----------------
Major:  DAC                              12/16/2014
Course Code       Course Title           Credits  Grade
CU1303      Concepts & Theories of Cul. Tech  3.0   B+
CU1610      Fundamentals of Classical Techni  6.0   B
            ques
12/26/14 Academic Progress
     Okay

        attempt   earn   pass   quality   points   gpa    scgp
ses      9.0      9.0    0.0    9.0       28.2     3.13
cum     16.0     16.0    0.0   16.0       52.3     3.27   3.2
```

===============================================================================================
The Family Educational Rights and Privacy Act of
1974 prohibits the release of this information
without the student's written consent.

Page 1 of 1
===============================================================================================

```
                              The Art Institute of Colorado
Wed Feb  4 2015                    DEGREE AUDIT                       Page    1
13:36                            Summary of Courses

    Student:          ████    Program: UNDG   Major: DAC  Culinary Arts
            Clark, George E            Expected Grad: FA   2015  Conc:
  Advisor: 817471    Ciriello, Susan                 Independent/Dependent:
----------------------------------------------------------------------------
================================================================================
          Overall 4 Qtr. 55credits
================================================================================


          GPA   Res GPA   Hours   Res Hrs  Add Credits
  Required  2.000  2.000    55.0    48.0                 OPEN
  Student   3.270  3.270    16.0    16.0     0.0
  Required    0.0  of last   0.0  in residency.
  Completed   0.0  of last   0.0  in residency.
================================================================================
                        Culinary Arts
================================================================================

                                             Courses
         Courses Needed                     Completed   Sess/Yr  Hrs   Grd
  -----------------------------------------  ----------  -------  ----  ---

  Art of Cooking
  Required        = 13  courses,  55.0 hours,  4 Seq    OPEN
  Completed to date =  4  courses,  16.0 hours,  0 Seq
    Sequence A
    Required          =  3 -  3 courses,  18.0 - 18.0 hours   OPEN
    Completed to date =  1  courses,   6.0 hours
        CU1610       Fundamentals of Classical  CU1610       FA14    6.0  B
        CU1602       American Regional Cuisine  _____
        CU1615       Introduction to Baking and _____
    Sequence B
    Required          =  4 -  4 courses,  12.0 - 12.0 hours   OPEN
    Completed to date =  1  courses,   3.0 hours
        TAPS         Taps                       _____
        CU1303       Concepts & Theories of Cul CU1303       FA14    3.0  B+
        CU1315       Latin Cuisine              _____
        CU2325       Food & Beverage Operations _____
        CU2348       Asian Cuisine              _____
    Sequence C
    Required          =  4 -  5 courses,  19.0 - 22.0 hours   OPEN
    Completed to date =  1  courses,   4.0 hours
        GS2420       Nutrition Science          GS2420       SU14    4.0  A
        CU2351       Sustainable Purchasing & C _____
        CU2601       Garde Manger               _____
        CU2610       A la Carte                 _____
    Sequence D
    Required          =  2 -  2 courses,   6.0 -  6.0 hours   OPEN
    Completed to date =  1  courses,   3.0 hours
        CU1350       Mngmt., Supervision & Care CU1350       SU14    3.0  B-
        CU2322       World Cuisine              _____

          GPA   Res GPA   Hours   Res Hrs  Add Credits
  Required  2.000  2.000    55.0    55.0                 OPEN
  Student   3.270  3.270    16.0    16.0     0.0
```

---

```
Wed Feb  4 2015                                        Page    2
ID:               Clark, George E      Expected Grad: FA   2015
```
---

Student exam scores
 ACCU    08/04/2014    Exmpt due to DPD program
 WRITING    99   READING    99   ARITHMETIC 99

================================================================================
Legend:
  *A Absolute (completion of sequence/criteria/subcriteria is required)
  *N Non-catalog course
  *S Substitute course
  *T Transfer course