IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00109-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE EDWARD CLARK,

    Defendant.

---

## LETTER IN SUPPORT

---

Comes now the defendant, George Edward Clark, by and through his attorney, David E. Johnson, and submits the additional attached letter in support of Mr. Clark. The letter, dated February 19, 2015, is from Zan Steinberg, General Manager at Mr. Clark's former place of employment.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_Johnson@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2015, I electronically filed the foregoing

**LETTER IN SUPPORT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    James R. Allison, AUSA
    email: james.allison2@usdoj.gov

    Martha Paluch, AUSA
    email: martha.paluch@usdoj.gov

    Pageen Rhyne, AUSA
    email: pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Edward C. Gadden
    U.S. Probation Officer
    Email: Edward_Gadden@cod.uscourts.gov

    George Edward Clark    (via Mail)
    c/o Independence House - South
    2765 S. Federal Blvd.
    Denver, CO  80236

                                            s/ David E. Johnson
                                            DAVID E. JOHNSON
                                            Assistant Federal Public Defender
                                            633 - 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone: (303) 294-7002
                                            FAX: (303) 294-1192
                                            David_Johnson@fd.org
                                            Attorney for Defendant

2/19/2015

To Whom It May Concern,

I am directing this letter on behalf of George Clark. George started cooking with Macaroni Grill on July 23 2014. He came in at a time when we were understaffed to start. That being said his training was difficult and stressful at best. Over the next several months George did a fantastic job. I would say that he was on a fast tracking because we were able to train him on 3 of the 5 most difficult cooking stations.

To reward George he was given several raises. He started at 9.00 per hour and was at 13.00 per hour when he left. We knew all along that George was in a stressful situation with his life and the courts. He came to work and did a great job most of the time. There were some bumps in the road because of his actions at the half way house that he kept us informed about. He was very respectful of myself and Paige the service manager during his time at the Mac Grill.

I would be very happy to hire George again and get him back in the Macaroni Grill family either in my location or another local store based on their staffing. We understand the need to help those people in difficult situations. At the current moment we have 5 other chefs on probation or parole. Four are currently living in halfway houses or release programs.

I know that George was in a school culinary program and doing very well. We hope for his best and should you need any further information please contact me.

Thank You

Zan Steinberg General Manager.