IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover            Date: February 25, 2015
Court Reporter:    Terri Lindblom
Probation Officer: Edward Gadden

Criminal Action No. 13-cr-00109-MSK

*Parties*:                                    *Counsel Appearing*:

UNITED STATES OF AMERICA,                     Martha Paluch

    Plaintiff,

v.

GEORGE EDWARD CLARK,                          David Johnson

    Defendant.

## COURTROOM MINUTES

**The Hearing was set as a Compliance Review hearing and is now converted to a Supervised Release Hearing.**

**2:08 p.m.     Court in session**.

Defendant present in custody.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.  The Government dismisses additional alleged violations 5, 6 and 8. The Government reviews the additional charged violations 7, 9, 10 and 11 with the defendant.

Defendant admits the additional alleged violations 7, 9, 10 and 11.

Parties received and reviewed the supervised release violation  report and all addenda.

The parties **do not** dispute the facts contained in the supervised release violation report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the supervised release violation report.

The parties **do not** request departure.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes  
Chief Judge Marcia S. Krieger  
Page 2

After consideration of the provisions of 18 U.S.C. § 3553 (a), the Court announces the sentence it intends to impose. Counsel are offered the opportunity for further argument. No further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Supervised release is **REVOKED**. Defendant is sentenced to a term of imprisonment of nine (9) months with no further supervised release to follow.

Defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:42 p.m.     Court in recess.**

**Total Time:    34 minutes.**
**Hearing concluded.**